# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### NO. 3:19-cv-107-GCM

| | |
|---|---|
| THOMAS R. CLIFFORD and <br> LYNNE CLIFFORD <br><br>        Plaintiffs, <br><br> v. <br><br> BIOMET ORTHOPEDICS, LLC, *et al,* <br><br>        Defendant. | **ORDER** |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Erica Kay Drew,** filed March 11, 2019 (Doc. No. 135).

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1(B), Ms. Drewe is admitted to appear before this court *pro hac vice* on behalf of Defendants, Biomet Orthopedics, LLC, Biomet, Inc., Biomet Manufacturing LLC f/k/a Biomet Manufacturing Corp., and Biomet US Reconstruction, LLC.

      **IT IS SO ORDERED.**

Signed: March 12, 2019

Graham C. Mullen
United States District Judge