# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-107-GCM

| | |
|---|---|
| THOMAS R. CLIFFORD and LYNNE CLIFFORD<br><br>**Plaintiffs,**<br><br>v.<br><br>BIOMET ORTHOPEDICS, LLC, *et al*,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Matthew Thomas Albaugh** filed March 11, 2019 (Doc. No. 136).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Albaugh is admitted to appear before this court *pro hac vice* on behalf of Defendants, Biomet Orthopedics, LLC, Biomet, Inc., Biomet Manufacturing LLC f/k/a Biomet Manufacturing Corp., and Biomet US Reconstruction, LLC.

**IT IS SO ORDERED.**

Signed: March 12, 2019

Graham C. Mullen
United States District Judge