# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-107-GCM

THOMAS R. CLIFFORD and
LYNNE CLIFFORD

      **Plaintiffs,**

v.

BIOMET ORTHOPEDICS, LLC, *et al,*

      **Defendant.**

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alex C. Davis** filed March 11, 2019 (Doc. No. 138).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Davis is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Thomas R. Clifford and Lynne Clifford.

**IT IS SO ORDERED.**

Signed: March 12, 2019

Graham C. Mullen
United States District Judge