**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:19-CV-00107-FDW-DCK**

| | |
|---|---|
| **LYNNE CLIFFORD and THOMAS R. CLIFFORD,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**BIOMET INC; BIOMET MANUFACTURING CORP.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC,** )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On July 12, 2019, the parties filed a Notice of Settlement, (Doc. No. 149), indicating "they have reaced a settlement in resolution of this action." The Notice also indicated the parties would file a stipulation of dismissal as soon as the documentation to effectuate the settlement was executed. Upon the filing of the Notice, the Court provided notice on the docket that "entry of judgment or a stipulation of dismissal to be filed within 30 days or the court will dismiss the case without prejudice." See Docket Entry on July 12, 2019, for Doc. No. 149. The time for the parties to file their stipulation of dismissal in accordance with their Notice and the Court's instruction has long expired, and no party has sought an extension of the 30-day deadline. Accordingly, this matter is DISMISSED without prejudice.

IT IS SO ORDERED.

Signed: October 30, 2019

Frank D. Whitney
Chief United States District Judge