# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lynne Clifford<br>Thomas R Clifford, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00107-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Biomet U.S. Reconstruction, LLC<br>Biomet Orthopedics, LLC<br>Zimmer Biomet Holdings, Inc.<br>Biomet Inc<br>Biomet Manufacturing, LLC<br>Biomet Manufacturing Corp., <br>Defendant(s). | )<br><br><br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2019 Order.

October 31, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court